☰                                    AM SULLIVAN LAW, LLC                                    🛒

## NOTICE TO DEFENDANTS | CASE NO. 1:20-CV-00799

Rubik's Brand, Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule A

The Defendants operating the Defendants Internet Stores listed in Schedule A to the Complaint are hereby advised:

Plaintiff has charged Defendants with violations of United States federal and state laws prohibiting trademark infringement and counterfeiting. A copy of the Complaint, Summons, and other legal documents may be downloaded below.

Any answer, or other response to the Complaint, should be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois within twenty-one (21) days from when the summons is served upon you. If no appearance or pleading is filed, the Court may render a default judgment against the Defendants.

Defendants are advised to seek legal counsel.

To initiate resolution to this matter, contact Plaintiff's attorney:
AM Sullivan Law, LLC
E-Mail: attorney@amsullivanlaw.com
Telephone: +1 224.258.9378

## NOTICE OF MOTION

Motion for Preliminary Injunction | Hearing Information

Date: July 1, 2020
Time: 10:30 am CST

Minute Entry

MINUTE entry before the Honorable Ronald A. Guzman: On the Court's own motion, the preliminary injunction motion noticed for June 25, 2020 at 10:30 is reset to July 1, 2020 at 10:30 a.m. The hearing will be via telephone conference. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call-in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (888) 684-8852 and the access code is 1246152. Counsel of record will receive an email the day before the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (kp, )

## CASE DOCUMENTS

01_Complaint_20-cv-00799 (pdf) ⤓

02_Sealed TRO_20-cv-00799 (pdf) ⤓

03_Summons_20-cv-00799 (pdf) ⤓

04_Motion for Preliminary Injunction_20-cv-00799 (pdf) ⤓

05_Memo for PI_20-cv-00799 (pdf) ⤓

06_Amended Complaint_20-cv-00799 (pdf) ⤓

07_Amended TRO_20-cv-00799 (pdf) ⤓

08_Notice of Motion_20-cv-00799 (pdf) ⤓

COPYRIGHT © 2020 AM SULLIVAN LAW, LLC - ALL RIGHTS RESERVED.