**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Rubik's Brand, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> 0731*2013, et al., <br><br> Defendants. | Case No.: 1:20-cv-00799 <br><br> Judge Ronald A. Guzman <br><br> Magistrate Judge Susan E. Cox |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule "A" of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | 13proteamonline |
| 8 | ahlsensky |
| 12 | baibuystore |
| 19 | doublewinsells |
| 26 | fancyping2016 |
| 29 | greatdealon |
| 30 | happyeasybuy01 |
| 39 | linfengsky16 |
| 41 | liuyerbaby |
| 50 | qinlanshop16 |
| 51 | qpseller88 |
| 55 | sinb168 |
| 56 | springdoll |
| 71 | xdeal2013 |
| 100 | sweetdream |

Dated: July 15, 2020 Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 15, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Alison Carter*
Alison Carter